■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MUMFORD, Appellant. [829 NYS2d 918]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered October 18, 2004, convicting him of criminal possession of a weapon in the third degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record demonstrates that the defendant knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Ramos,* 7 NY3d 737 [2006]; *People v Lopez,* 6 NY3d 248 [2006]; *People v Wright,* 34 AD3d 940 [2006]). The defendant's valid waiver forecloses appellate review of his challenge to the Supreme Court's suppression determination (*see People v Kemp,* 94 NY2d 831 [1999]; *People v Peoples,* 34 AD3d 503 [2006]; *People v Campbell,* 24 AD3d 463 [2005]). Mastro, J.P., Krausman, Fisher and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROLE TURI, Appellant. [829 NYS2d 917]—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Gazzillo, J.), rendered April 19, 2006, convicting her of attempted criminal possession of a forged instrument in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.